People of the State of Illinois, Plaintiff-Appellee, v. Atwood Baker and James B. McClure, Defendants-Appellants.

Gen. No. 68-64. (Abstract of Decision.)

Fifth District.
November 4, 1968.

Green & Cross, of Nashville, for appellants; Robert N. Gandy, State's Attorney, of Pinckneyville, for appellee. Opinion by JUSTICE GOLDENHERSH. Not to be published in full.